

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

MONROE DIVISION

| | |
|---|---|
| **MILO BRICE** | **CIVIL ACTION NO. 11-0437**<br>**Section P** |
| **VERSUS** | **JUDGE ROBERT G. JAMES** |
| **JOHN SMITH (WARDEN)** | **MAG. JUDGE KAREN L. HAYES** |

# JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, no objections thereto having been filed, and finding that same is supported by the law and the record in this matter,

**IT IS ORDERED, ADJUDGED, AND DECREED** that the Motion to Dismiss [Doc. # 19] filed on behalf of Respondents is **GRANTED**, and the Petition for Writ of *Habeas Corpus* is hereby **DISMISSED WITHOUT PREJUDICE** for lack of subject matter jurisdiction.

MONROE, LOUISIANA, this 21 day of October 2011.

ROBERT G. JAMES
UNITED STATES DISTRICT JUDGE